UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF WOLINSKI, <br>     Plaintiff, <br>       v. <br> S. HATTON, et al., <br>     Defendants. | Case No. 15-cv-05517-SI <br><br> **ORDER REVOKING *IN FORMA PAUPERIS* STATUS AND DISMISSING ACTION** |

    Krzysztof Wolinski filed this action and applied to proceed *in forma pauperis*. On March 28, 2016, the court ordered Wolinski to show cause why *in forma pauperis* status should not be denied and the action should not be dismissed under 28 U.S.C. § 1915(g), which provides that a prisoner may not bring a civil action *in forma pauperis* under 28 U.S.C. § 1915 "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). The order to show cause identified four prior dismissals that appeared to count under § 1915(g) and noted that he did not appear to be in imminent danger. The order further stated that, in the alternative to showing cause why § 1915(g) should not apply, Wolinski could avoid dismissal by paying the full $400.00 filing fee by the deadline. (Docket No. 11.)

    Due to a scheduling issue that later arose when the *in forma pauperis* application had been pending more than six months and Wolinski wanted additional time to respond to the order to show cause, the court granted the *in forma pauperis* application with a caution that the ruling could be undone. (Docket No. 13.) Specifically, the court stated that it "may revoke pauper status

later, depending on plaintiff's response to the order to show cause." (*Id.*) In that same order, the court extended the deadline to July 15, 2016 for Wolinski to file a written response to the order to show cause. (*Id.*)

Wolinski never filed a response to the order to show cause and the deadline by which to do so has passed. He has not provided any reason not to impose the restrictions of § 1915(g) on him. Each of the four cases identified in the order to show cause counts as a dismissal for § 1915(g) purposes. Wolinski did not pay the filing fee, did not show that any of the prior dismissals could not be counted under § 1915(g), did not appear to be under imminent danger of serious physical injury, and did not otherwise show cause why this action could not be dismissed.

For the foregoing reasons, *in forma pauperis* status is now REVOKED for Wolinski and his *in forma pauperis* application is DENIED. (Docket No. 6.) This action is DISMISSED for failure to pay the filing fee. If Wolinski – whose *in forma pauperis* application shows that he has no assets and hundreds of dollars of unpaid obligations – wants to proceed, he may file within **thirty days** a motion to vacate the dismissal that must be accompanied by a check for the full filing fee of $400.00 (i.e., the $350.00 filing fee plus the $50.00 administrative fee).

The clerk shall close the file.

**IT IS SO ORDERED**.

Dated: August 12, 2016

_____
SUSAN ILLSTON
United States District Judge