UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KRZYSZTOF WOLINSKI,

    Plaintiff,

    v.

S. HATTON, et al.,

    Defendants.

Case No. 15-cv-05517-SI

**JUDGMENT**

This action is dismissed without prejudice because plaintiff has not paid the filing fee and may not proceed *in forma pauperis*.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: August 12, 2016

SUSAN ILLSTON
United States District Judge